Blake, Garrod
FULL NAME

COMMITTED NAME (if different)

Pelican Bay State Prison
FULL ADDRESS INCLUDING NAME OF INSTITUTION

P.O. Box 7500 Crescent City CA. 95532

H19751
PRISON NUMBER (if applicable)

**FILED**
CLERK, U.S. DISTRICT COURT
5/6/22
CENTRAL DISTRICT OF CALIFORNIA
BY: nne  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Garrod Blake

PLAINTIFF,

v.

D. Saucedo

DEFENDANT(S).

CASE NUMBER
2:22-CV-01558-Doc-MAA
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983  First Amended complaint
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____ — NONE —_____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __GARROD BLAKE__
(print plaintiff's name)
who presently resides at __PELICAN BAY STATE PRISON__,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__CORCORAN STATE PRISON__
(institution/city where violation occurred)

on (date or dates) __Due Process Aug.26,19__, _____, _____.
                                 (Claim I)                       (Claim II)                 (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Lt. D. Saucedo__ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)
   __Lt. Corcoran State Prison__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Lt. D. Saucedo was the (SHO) for my Disciplinary hearing on Aug. 26, 2019__

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _____ resides or works at

   (full name of first defendant)

   _____

   (full address of first defendant)

   _____

   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at

   (full name of first defendant)

   _____

   (full address of first defendant)

   _____

   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

— Due Process Violation —

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

The Petitioner contends that a full hearing was not Afforded Petitioner on the day of Aug. 26, 2019 By Defendant Lt. D. Saucedo. (See Ex.4 original complaint) Due to being Transfred to Calipatria State Prison, Another attempt at the hearing was held via Telephone, (See Ex 3.2 original complaint) On Oct 7. 2019, while housed at Calipatria State Prison, The Petitioner was called into Cpt. F. Vasquez's office to have a second (RVR) hearing. During this attempt to have the Reporting Employee S. Foster Present at this attempt, was made via Telephone, however the Phone connection was very poor. Petitioner was Ask to submit his question to the Reporting Employee S. Foster and Staff witness in writing. A copy of This I.E's Report Shall be Provided to the inmate no less the 24 hours before a disciplinary hearing is held. An I.E Report and submitted SEE ATTACH PAGE

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

— Supporting Facts —

1. questions in writing, gathered on the day of Oct. 7, 2019.
2. were not attached to the petitioner final disposition copy.
3. (See Ex. 4 to 13 of oriental complaint). Furthermore, these assertions
4. strongly suggests that the Petitioner's presence during
5. the adjudication process on Oct. 7, 2019 contradicts the
6. guilty finding on Aug. 26, 2019. Other contradiction are
7. derived, from the two affirmed disciplinary hearing dated
8. on dated Aug. 26, 2019 and Oct. 7, 2019 (See ex. of oriental
9. complaint 4, 11, 19, 20.)
10. On Aug. 26, 2019 and Oct. 7, 2019 bias and partialities were
11. established in the purview of his adjudications process
12. The (SHO) Lt. D. Saucedo guilty findings, without the
13. Petitioner having an opportunity to defend against
14. circumstantar evidence. Established during both adjudicated
15. hearings.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

As a direct consequence of the Due Process violation by Lt. D. Saucedo my Mental Health suffered and continue to suffer. The Petitioner has no adquate or complete remedy at law to redress the malfeasances described herein, unless the court intervenes and grants the prayed of relief. Otherwise, the arbitrary Abuses are likely to continue. Wherefore, Plaintiff prays for Judgment against Defendant as follows: On the first cause of action against Lt. D. Saucedo: for cost of suit, (2) for judgment in the sum of $50,000 ↓, (3) for punitive damages in the sum of $75,000 (4) for such other relief the court deems just and proper. (5) To have the (RVR) taken out of the Petitioner Prison file, and to have his credits put back to 2019.

5·1·22
(Date)

*Jarred Blk*
(Signature of Plaintiff)

